# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 8, 2010

141707 & (55)(56)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEITH JAMES CAMPBELL,
      Defendant-Appellant.

SC: 141707
COA: 291345
Tuscola CC: 08-010705-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 13, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. The motion for stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 8, 2010

_____
Clerk